**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 31, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00782-CV

## BALLARD EXPLORATION COMPANY, INC. AND GORDY OIL COMPANY, Appellants

### V.

## MRA NORTHEAST, L.P. AND FRM/MRA HOLDINGS #1, LTD., Appellees

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2009-21836**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 5, 2011.  On January 23, 2012, appellants filed a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.

The motion is granted.  Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.